UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PLANT FOOD SYSTEMS, INC.,

    Plaintiff,

-vs-                                                   Case No. 6:11-cv-1880-Orl-22KRS

FOLIAR NUTRIENTS, INC.,

    Defendant.

## ORDER

The United States Magistrate Judge has submitted a report recommending that this action be dismissed for lack of subject matter jurisdiction. This recommendation is made after the Magistrate Judge considered Plaintiff's response (Doc. No. 70)[1] to an Order to Show Cause (Doc. No. 65) why this action should not be dismissed, and Defendant's response thereto (Doc. No. 72).

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's Objections to the Report and Recommendation (Doc. 77), Plaintiff's Objections are overruled. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed October 3, 2012 (Doc. No. 74) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

---

[1] Included in Plaintiff's response was a request to amend the operative complaint "to more clearly set forth the jurisdictional basis" for the action.

2. This action is **DISMISSED** for lack of subject matter jurisdiction.

3. Plaintiff's request to amend its complaint is **DENIED**.

4. The Clerk of the Court is directed to terminate all pending motions and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 1st day of November, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record